# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America<br>vs.<br>Jesus Manuel Portillo | ) ) ) ) ) | Case No. 07-CR-0160M |

**FILED**

AUG 2 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Jesus Manuel Portillo_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

That the following condition be added to the conditions of my release: You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for the costs as approved by the Pretrial Services Officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/ Jesus Portillo_     08-20-07              _/s/ Montgomery L. Olson_     8-20-07
Signature of Defendant    Date                  Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_/s/_                                                                    8/21/07
Signature of Assistant United States Attorney                             Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/_                                                                    8/20/07
Signature of Defense Counsel                                              Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  __8/21/07__ .
[ ] The above modification of conditions of release is *not* ordered.

_/s/_                                                                    8/21/07
Signature of Judicial Officer                                             Date

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services